```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

MARVIN L. SMITH,                )    Case No. CV 08-2317-JSL (PJW)
                                )
          Petitioner,           )
                                )    J U D G M E N T
     v.                         )
                                )
A. HEDGPETH, WARDEN,            )
                                )
          Respondent.           )
_____)
```

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED January 21, 2009.

*Spencer Letts*
_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Mag J 2317.wpd